UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PULYSTON AUTO PARTS, LTD,**

   Plaintiff,

v.   No. 4:22-cv-0176-P

**ROBERT TAYLOR,**
**THE CREATIVE ALLIANCE LTD., AND**
**TEAM PROMARK, LLC,**

   Defendants.

## ORDER

Before the Court is Defendant Robert Taylor's Notice of Removal ("Notice"). ECF No. 1. In filing the Notice, Defendant Taylor failed to comply with the Local Rules of this Court. *See* N.D. Tex. L.R. 81.1(a). Having considered the docket, the Court **REMANDS** this case to the **96th District Court of Tarrant County.**

The Clerk of this Court is **INSTRUCTED** to mail a certified copy of this Order to the District Clerk of Tarrant, County, Texas.

**SO ORDERED** on this **15th day** of **March, 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE